United States Bankruptcy Court

Central District of California

In re:  Case No. 23-14029-SY

Maximo Arturo Arriola  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 2
Date Rcvd: Sep 06, 2023  Form ID: van130  Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maximo Arturo Arriola, 4199 9th Street, Riverside, CA 92501-3101 |
| 41673367 | | California Housing Finance Agency, 500 Capitol Mall Ste 1400 MS 350, Sacramento, CA 95814-4740 |
| 41673371 | | Portfolio Recovery Associates, P.O. Box 14067, Norfolk, VA 23518-0067 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Sep 07 2023 00:11:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 07 2023 00:12:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41673368 | | Email/Text: RASEBN@raslg.com | Sep 07 2023 00:11:00 | Chase Bank, c/o Robertson, Anschutz, & Schneid, 6409 Congress Ave Ste 100, Boca Raton, FL 33487-2853 |
| 41673369 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 07 2023 00:11:00 | Lakeview Loan Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 41673370 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 00:11:02 | Pinnacle Services Solutions, 4408 Milestrip Rd # 247, Blasdell, NY 14219-2553 |
| 41673372 | | Email/Text: bnc-quantum@quantum3group.com | Sep 07 2023 00:11:00 | Quantum3 Group, as Agent for Katapult Group, PO Box 788, Kirkland, WA 98083-0788 |
| 41673373 | | Email/PDF: ebn_ais@aisinfo.com | Sep 07 2023 00:21:15 | Verizon / American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | CASE REOP/CONV/OR CLOSED WITHOUT A TRUSTEE |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 06, 2023 | Form ID: van130 | Total Noticed: 10 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Maximo Arturo Arriola bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

FormCACB 130 (ntdc)
(11/05)

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF DUPLICATE CASE

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Maximo Arturo Arriola<br>**SSN:** xxx−xx−9557<br>**EIN:** N/A<br><br>4199 9th Street<br>Riverside, CA 92501 | **BANKRUPTCY NO.**  6:23−bk−14029−SY<br>**CHAPTER**  13 |

The above−captioned bankruptcy case was opened in duplicate on September 5, 2023. This case will be closed.

**The correct case number is 6:23−bk−14028−SY . Please use this case number for all further proceedings.**

Dated: September 6, 2023

**KATHLEEN J. CAMPBELL
CLERK OF COURT
By: Sandra Mohammad
   Deputy Clerk**

(Form rev. 11/05) VAN−130 ntdc                                **5 / SM2**